UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FEDERATION EMPLOYMENT AND<br>GUIDANCE SERVICE, INC. d/b/a FEGS,<br><br>                       Debtor. | Chapter 11<br><br>Case No. 15-71074(REG) |
| THE OFFICIAL COMMITTEE OF<br>UNSECURED CREDITORS OF FEGS,<br><br>                       Plaintiff,<br><br>vs.<br><br>ANDREWS INTERNATIONAL, INC.,<br><br>                   Defendant. | Adv. Proc. No. 17-08043 (REG) |

## **INITIAL PRETRIAL ORDER**

Initial disclosures pursuant to Fed.R.Civ.P. 26(a)(1) shall be made on or before fourteen days of the entry of this Order by the Court.

Any motions to amend the pleadings or to join other parties shall be filed on or before October 10, 2017.

Fact discovery shall be completed on or before 120 days from the Initial Status Conference; January 23, 2018.

Any expert report required pursuant to Federal Rule of Civil Procedure 26(a)(2)(B) shall be served by the party which bears the initial burden of coming forth with evidence, *see* 11 U.S.C. §547(f), no later than February 9, 2018.  Any expert rebuttal report shall be provided no later than April 11, 2018.  Any Party's expert report intended to rebut any other expert report, including any other expert reports that may be filed earlier than the deadlines, established in this subparagraph, shall be provided no later than thirty (30) days after the report being rebutted.  All

reports shall provide the information required by Fed.R.Civ.P. 26(a)(2)(B).  All expert discovery shall be completed no later than May 11, 2018.

Any dispositive motions shall be filed on or before May 11, 2018, or the relief sought in such motions shall be deemed to have been waived.

A final pretrial conference will be held on February 6, 2018, at 10:00 a.m. in Courtroom 860, United States Bankruptcy Court, Central Islip, New York.  In the event a dispositive motion is filed, the Court will adjourn the final pretrial conference to the date of such hearing.  At the final pretrial conference, the Court will issue a Final Pretrial Order scheduling the deadline for filing a joint pretrial memorandum and scheduling a trial date.



**Dated: Central Islip, New York**
**October 17, 2017**

                                                                                      **Robert E. Grossman**
                                                                                      **United States Bankruptcy Judge**