| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK | |
| In re:<br><br>FEDERATION EMPLOYMENT AND<br>GUIDANCE SERVICE, INC. d/b/a FEGS,<br><br>Debtor. | Chapter 11<br><br>Case No. 15-71074(REG) |
| THE OFFICIAL COMMITTEE OF<br>UNSECURED CREDITORS OF FEGS,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREWS INTERNATIONAL, INC.,<br><br>Defendant. | Adv. Proc. No. 17-08043 (REG) |

## AMENDED STIPULATED PRETRIAL ORDER

The Official Committee of Unsecured Creditors of FEGS (the "Plaintiff"), as trustee of Federation Employment and Guidance Services, Inc., d/b/a/ FEGS (the "Debtor"), on the one hand, and Andrew's International, Inc. (the "Defendant" and, together with the Plaintiff, the "Parties"), on the other hand, respectfully submit this Amended Stipulated Pretrial Order, and in support thereof, state as follows:

WHEREAS, on March 16, 2017, the Plaintiff commenced the above-captioned adversary proceeding by filing a complaint against the Defendants.

WHEREAS, on October 17, 2017, the Court entered an *Initial Pretrial Order* (the "Scheduling Order") agreed to by the Parties, prescribing certain deadlines for discovery and related matters.

WHEREAS, the Parties request an additional sixty (60) days extending certain deadlines for discovery and related matters.  The Stipulation is consensual between the Parties and not sought for any improper purpose.

Fact discovery shall be extended from January 23, 2018 to be completed on or before <u>March 26, 2018</u>.

Any expert report required pursuant to Federal Rule of Civil Procedure 26(a)(2)(B) shall be served by the party which bears the initial burden of coming forth with evidence, *see* 11 U.S.C. §547(f), shall be extended from February 9, 2018 to no later than <u>April 10, 2018</u>.  Any expert rebuttal report shall be extended from April 11, 2018 to be provided no later than <u>May 10, 2018</u>.  Any Party's expert report intended to rebut any other expert report, including any other expert reports that may be filed earlier than the deadlines, established in this subparagraph, shall be provided no later than thirty (30) days after the report being rebutted.  All reports shall provide the information required by Fed.R.Civ.P. 26(a)(2)(B).  All expert discovery shall be extended from May 11, 2018 to be completed no later than <u>July 11, 2018</u>.

Any dispositive motions shall be extended from May 11, 2018 to be filed on or before <u>July 11, 2018</u>, or the relief sought in such motions shall be deemed to have been waived.

A final pretrial conference will be held on July 11, 2018 at 1:00 a.m. in Courtroom 860, United States Bankruptcy Court, Central Islip, New York.  In the event a dispositive motion is filed, the Court will adjourn the final pretrial conference to the date of such hearing.  At the final

pretrial conference, the Court will issue a Final Pretrial Order scheduling the deadline for filing a joint pretrial memorandum and scheduling a trial date.

Dated:  January 22, 2018

**PACHULSKI STANG ZIEHL & JONES LLP**
Attorneys for Plaintiff The Official Committee of Unsecured Creditors of Federation Employment and Guidance Service dba FEGS

By:  */s/ Jeffrey P. Nolan*
    Ilan D. scharf, Esq.
    Jeffrey P. Nolan
    780 Third Avenue, 34th Floor
    New York, NY 10017
    Tel.: (212) 561-7700
    Email:  ischarf@pszjlaw.com
           jnolan@pszjlaw.com

Dated:  January 22, 2018

**SIMON & PARTNERS LLP**
Counsel for Andrews International, Inc.

By:  */s/ Michael J. Levin*
    Michael J. Levin
    551 Fifth Avenue
    New York, N.Y. 10176
    Tel.:  (212) 332-8904
    Fax:  (212) 332-8909
    Email:  mlevin@simonlawyers.com

**SO ORDERED:**



Dated: Central Islip, New York
January 23, 2018

                **Robert E. Grossman**
                **United States Bankruptcy Judge**